UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:04-CV-139-RJC-DCK

| | |
|---|---|
| RICHARD MASON, )<br> )<br>         Plaintiff, )<br> )<br>v. )<br> )<br>ILS TECHNOLOGY, LLC, an Ohio )<br>Limited Liability Company, )<br> )<br>         Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** upon Defendant ILS Technology, LLC, and Plaintiff Richard Mason's "Joint Motion to Amend Pretrial Order and Case Management Plan" (Document No. 41). For good cause shown, the Joint Motion to Amend Pretrial Order and Case Management Plan is allowed and the deadline for completion of discovery is extended up to and including January 31, 2008.

**SO ORDERED**.

Signed: December 12, 2007

David C. Keesler
United States Magistrate Judge