# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04-CV-139-RJC-DCK

| | |
|---|---|
| **RICHARD MASON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ILS TECHNOLOGIES, LLC,** )<br>*an Ohio Limited Liability Company*, )<br>)<br>**Defendant.** )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Pursuant to the "Pretrial Order And Case Management Plan" (Document No. 35), the method of ADR to be utilized in this case is a judicial settlement conference and the deadline for completing ADR is January 31, 2008. This matter has been referred to the undersigned Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the parties and their counsel shall appear at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina at 9:30 AM on **January 30, 2008**, for a judicial settlement conference.

**IT IS FURTHER ORDERED** that the parties shall each submit a confidential statement of the case, describing their position on the remaining issues, of ten (10) pages or less, to the chambers of the Honorable David C. Keesler, 401 W. Trade Street, Suite 168, Charlotte, North Carolina 28202, on or before **January 23, 2008**.

**SO ORDERED**.

Signed: January 4, 2008

_____
David C. Keesler
United States Magistrate Judge