**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:04-CV-139-RJC-DCK**

| | |
|---|---|
| **RICHARD MASON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **ILS TECHNOLOGIES, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Submit Deposition Testimony, Deposition Exhibits, And Privileged Documents Under Seal" (Document No. 52) filed January 24, 2008. Defendant has filed no response to this motion. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and is now ripe for review.

Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion. For good cause shown, and lacking an objection from Defendant, the undersigned will allow the aforementioned documents to be submitted under seal for the purposes of *in camera* review in conjunction with "Plaintiff's Motion To Limit Deposition And For Sanctions" (Document No. 53) filed January 25, 2008.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Submit Deposition Testimony, Deposition Exhibits, And Privileged Documents Under Seal" (Document No. 52) is **GRANTED**.

Signed: February 13, 2008

_____
David C. Keesler
United States Magistrate Judge