UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv139

| | |
|---|---|
| RICHARD MASON, Plaintiff, v. ILS TECHNOLOGIES, LLC, Defendant. | ORDER |

**THIS MATTER** is before the Court on the Plaintiff's motion, to which Defendant consents, to voluntarily dismiss Count One containing the Plaintiff's claim for back wages of $100,000.00 (also referred to in the litigation as the deferred compensation claim). (Doc. No. 67).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion to voluntarily dismiss the claim for back wages (Doc. No. 67) is **HEREBY GRANTED**.

Signed: March 13, 2008

Robert J. Conrad, Jr.
Chief United States District Judge