UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cv139

| RICHARD MASON | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| ILS TECHNOLOGIES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' request to continue the deadline to file objections to the magistrate's Order and Memorandum and Recommendation (Doc. No. 64). The Court will continue said deadline until April 3, 2008.

**SO ORDERED.**

Signed: March 17, 2008

Robert J. Conrad, Jr.
Chief United States District Judge